AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RICKY ALLEN,

v.

RICHARD ROUNDTREE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:24-cv-00131

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed August 7, 2025, Defendant's motions to dismiss the

Complaint are granted and all remaining motions are denied as moot. This case stands closed.



8/7/2025                                    John E. Triplett, Clerk of Court
*Date*                                      *Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020